UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
STEVEN TORTI                          §   Case No. 13-30692
DIANE TORTI                           §
                                      §
                                      §
                  Debtors             §

## UWEEGUUQT "TRUSTEE'S FINAL REPORT (TFR)

The undersigned uweeguuqt "trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/31/2013 . The undersigned trustee was appointed on 04/16/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $    8,293.88

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 230.92 |
   | Bank service fees | 33.41 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 8,029.55 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/23/2014 and the deadline for filing governmental claims was 01/27/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,579.39 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,579.39 , for a total compensation of $ 1,579.39 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 192.14 , for total expenses of $ 192.14 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/04/2016                By: /s/BRENDA PORTER HELMS, TRUSTEE
                                       Successor Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-30692 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, .SUCC. TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | STEVEN TORTI | | | | Date Filed (f) or Converted (c): | 07/31/2013 (f) |
| | DIANE TORTI | | | | 341(a) Meeting Date: | 08/27/2013 |
| For Period Ending: | 02/04/2016 | | | | Claims Bar Date: | 01/23/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on Hand | 10.00 | 0.00 | | 0.00 | FA |
| 2. Checking account with Chase Bank | 150.00 | 0.00 | | 0.00 | FA |
| 3. Savings account with Chase Bank | 80.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous used household goods and furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 5. Books, Pictures, and CD's | 95.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 800.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous Costume Jewelry | 110.00 | 0.00 | | 0.00 | FA |
| 8. Term Life Insurance policy through employer - (No cash surrender value) | 0.00 | 0.00 | | 0.00 | FA |
| 9. Term Life Insurance policy through North American - (No cash surrender value) | 0.00 | 0.00 | | 0.00 | FA |
| 10. 401(k) / Retirement plan through employer - 100% exempt. | 22,000.00 | 22,000.00 | | 0.00 | FA |
| 11. 401(k) / Retirement plan through employer - 100% exempt. | 288.00 | 288.00 | | 0.00 | FA |
| 12. Contingent Stock not yet vested with Walmart - Debtor has $53,000.00 in restricted stock. $10,000.00 will become vested in 03/2014 and another $10,000.00 will become vested in 03/2015. Based upon debtor's employment with the company on the date of maturity and value of stock at that time. Settled pursuant to court order 2/20/15 for $8,293.88. | 0.00 | 0.00 | | 8,293.88 | FA |
| 13. Estimated 2012 tax refund of $900.00 has not been received before filing and spent on ordinary and necessary living expenses. | 900.00 | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 13-30692 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS. SUCC. TRUSTEE |
| Case Name: | STEVEN TORTI | | | | Date Filed (f) or Converted (c): | 07/31/2013 (f) |
| | DIANE TORTI | | | | 341(a) Meeting Date: | 08/27/2013 |
| For Period Ending: | 02/04/2016 | | | | Claims Bar Date: | 01/23/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Co-Debtor's father recently passed and he has a life insurance policy valued between $3,750.00 to $15,000.00 & about $4,000.00 to $7,000.00 in his checking account (depends on the reimbursement from the nursing home care since he was paid up thru the end of the month and 1 pro rated disbaility check. This money will be used for burial expenses after which the reaminder will be divided among the Co-debtor and her 2 siblings. | 0.00 | 0.00 | | 0.00 | FA |
| 15. Automobile - 2011 Hyundia Sonata with 50,000 in mileage - Debtor is Surrendering Interest - Full Coverage Auto Insurance | 11,383.00 | 0.00 | | 0.00 | FA |
| 16. Automobile - 2002 Land Rover Discovery with 165,000 in mileage - Paid In Full - Full Coverage Auto Insurance | 975.00 | 0.00 | | 0.00 | FA |
| 17. Motorcycle - 1982 Yamaha Seca with 10,500 in mileage - Paid In Full - Full Coverage Auto Insurance | 400.00 | 0.00 | | 0.00 | FA |
| 18. Automobile - 2000 Jeep Grand Cherokee with 158,000 in mileage - Paid In Full - Full Coverage Auto Insurance | 1,086.00 | 0.00 | | 0.00 | FA |
| 19. Animals - 1 - Horse - 13 years old | 3,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $41,777.00     $22,288.00          $8,293.88     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Exhibit A

Investigation into value of WalMart Stock continues, with Motion regarding stock pending.
Motion to Employ Accountant set for 2/14/14
Investigation into value of WalMart Stock continues.  Letter has been issued to Walmart regarding procedures for obtaining stock etc.
Successor Trustee appointed 4/16/14

Stock options have vested.  Debtor to liquate stock and remit proceeds to estate

Final tax return extended to 10/15/15


Initial Projected Date of Final Report (TFR): 06/01/2015     Current Projected Date of Final Report (TFR): 12/30/2015

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-30692 | Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
|---|---|---|---|
| Case Name: | STEVEN TORTI | Bank Name: | Associated Bank |
| | DIANE TORTI | Account Number/CD#: | XXXXXX3706 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX5875 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/04/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/23/15 | 12 | TORTI, STEVEN W.<br>628 S. Berkley AveElmhurst IL 60126 | stock option proceeds Turned over to Estate per settlement and order dated 2/20/15 | 1129-000 | $8,293.88 | | $8,293.88 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $8,283.88 |
| 02/19/15 | 10001 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $5.92 | $8,277.96 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $11.12 | $8,266.84 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $12.29 | $8,254.55 |
| 09/11/15 | 10002 | Illinois Dept of Revenue<br>P.O. Box 19053<br>Springfield IL 62794 | EIN 47-6755875 for year ended 12/31/14  Form 1041 | 2820-000 | | $0.00 | $8,254.55 |
| 09/11/15 | 10002 | Illinois Dept of Revenue<br>P.O. Box 19053<br>Springfield IL 62794 | EIN 47-6755875 for year ended 12/31/14  Form 1041 Reversal<br>No dollar amount entered | 2820-000 | | $0.00 | $8,254.55 |
| 09/11/15 | 10003 | Illinois Dept of Revenue<br>P.O. Box 19053<br>Springfield IL 62794 | EIN 47-6755875  Form IL-1041 for year ended 12/31/14 | 2820-000 | | $225.00 | $8,029.55 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $8,293.88 | $264.33 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $8,293.88 | $264.33 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,293.88 | $264.33 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*          Page Subtotals:          $8,293.88          $264.33

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3706 - Checking Account (Non-Interest Earn | $8,293.88 | $264.33 | $8,029.55 |
| | $8,293.88 | $264.33 | $8,029.55 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $8,293.88 |
| Total Gross Receipts: | $8,293.88 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-30692-DRC  
Debtor Name: STEVEN TORTI  
Claims Bar Date: 1/23/2014  

Date: February 4, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1<br>2100 | DAVID E. GROCHOCINSKI<br>1900 Ravinia Place<br>Orland Park, IL  60462 | Administrative | | $0.00 | $3.79; (5; | $3.79; (5; |
| 100<br>2200 | SUCCESSOR TRUSTEE<br>BRENDA HELMS<br>Brenda Porter Helms<br>Successor Trustee | Administrative | Postage--Motion to Compromise and Notice to Creditors | $0.00 | $192.14 | $192.14 |
| BOND<br>999<br>2300 | ARTHUR B. LEVINE COMPANY<br>Arthur B. Levine Company | Administrative | | $0.00 | $5.92 | $5.92 |
| 100<br>3410 | SCOTT HOREWITCH PIDGEON<br>& ABRAMS<br>2150 E. LAKE COOK ROAD<br>SUITE 560<br>BUFFALO GROVE, IL  60089-1877 | Administrative | | $0.00 | $2,174.00 | $2,174.00 |
| 8<br>58<br>5800 | ILLINOIS DEPT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL  60664 | Priority | | $0.00 | $1,415.40 | $1,415.40 |
| 1<br>70<br>7100 | DISCOVER BANK<br>DB Servicing Corp<br>P.O. Box 3025<br>New Albany, OH  43054 | Unsecured | | $6,050.00 | $6,161.70 | $6,161.70 |
| 2<br>70<br>7100 | QUANTUM3 GROUP LLC AS AGENT<br>for Comenity Bank<br>p.O. Box 788<br>Kirkland, WA  98083 | Unsecured | | $1,931.00 | $1,922.35 | $1,922.35 |
| 3<br>70<br>7100 | QUANTUM3 GROUP LLC AS AGENT FOR<br>Comenity Bank<br>P.O. Box 788<br>Kirkland, WA  98093 | Unsecured | | $482.00 | $482.02 | $482.02 |
| 4<br>70<br>7100 | PNC BANK<br>P.o. Box 94982<br>Cleveland, OH  44101 | Unsecured | | $9,016.00 | $9,016.36 | $9,016.36 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-30692-DRC  
Debtor Name: STEVEN TORTI  
Claims Bar Date: 1/23/2014  

Date: February 4, 2016

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 70 7100 | DELL FINANCIAL SERVICES LLC<br>Resurgent Capital Services<br>P.O> Box 10390<br>Greenville, SC  29603 | Unsecured | | $1,965.00 | $2,036.52 | $2,036.52 |
| 6 70 7100 | CAPITAL ONE<br>c/o Becket ansd Lee<br>P.O. Box 3001<br>Malvern, PA  19355 | Unsecured | | $611.00 | $611.41 | $611.41 |
| 7 70 7100 | CAPITAL ONE N. A.<br>c/o Becket and Lee<br>P.O.Biox 3001<br>Malvern, PA  19355 | Unsecured | | $1,032.00 | $1,032.89 | $1,032.89 |
| 8B 70 7100 | ILLINOIS DEPT OF REVENUE<br>Illinois Dept of Revenue | Unsecured | | $0.00 | $146.60 | $146.60 |
| | Case Totals | | | $21,087.00 | $25,197.31 | $25,197.31 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2        Printed: February 4, 2016

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

## SUCCESSOR TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-30692
Case Name: STEVEN TORTI
           DIANE TORTI
Trustee Name: BRENDA PORTER HELMS, SUCC. TRUSTEE

| Balance on hand | $ | 8,029.55 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: SUCCESSOR TRUSTEE BRENDA HELMS | $ 2022 | $ 0.00 | $ 0.00 |
| Trustee Expenses: SUCCESSOR TRUSTEE BRENDA HELMS | $ 192.14 | $ 0.00 | $ 192.14 |
| Accountant for Trustee Fees: SCOTT HOREWITCH PIDGEON & ABRAMS | $ 2,174.00 | $ 0.00 | $ 2,174.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 5.92 | $ 5.92 | $ 0.00 |
| Fees: D. GROCHOCINSKI, Prior Trustee | $ 1,579.39 | $ 0.00 | $ 1,579.39 |

| Total to be paid for chapter 7 administrative expenses | $ | 3,945.53 |
| Remaining Balance | $ | 4,084.02 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,415.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | ILLINOIS DEPT OF REVENUE | $ 1,415.40 | $ 0.00 | $ 1,415.40 |
| | Total to be paid to priority creditors | | | $ 1,415.40 |
| | Remaining Balance | | | $ 2,668.62 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,409.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 6,161.70 | $ 0.00 | $ 768.02 |
| 2 | QUANTUM3 GROUP LLC AS AGENT | $ 1,922.35 | $ 0.00 | $ 239.61 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 482.02 | $ 0.00 | $ 60.08 |
| 4 | PNC BANK | $ 9,016.36 | $ 0.00 | $ 1,123.84 |
| 5 | DELL FINANCIAL SERVICES LLC | $ 2,036.52 | $ 0.00 | $ 253.84 |
| 6 | CAPITAL ONE | $ 611.41 | $ 0.00 | $ 76.21 |
| 7 | CAPITAL ONE N. A. | $ 1,032.89 | $ 0.00 | $ 128.74 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8B | ILLINOIS DEPT OF REVENUE | $ 146.60 | $ 0.00 | $ 18.28 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,668.62 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE