# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| STEVEN TORTI | § | Case No. 13-30692 |
| DIANE TORTI | § | |
| | § | |
| | § | |
| Debtors | § | |

## NOTICE OF SUCCESSOR TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, successor trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> 219 S. Dearborn Street
> Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on  Friday, March 11, 2016 in Courtroom 240,
> Kane County Courthouse
> 100 S. Third Street
> Geneva Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/04/2016            By: /s/ Brenda Porter Helms
                                            Successor Trustee


*BRENDA PORTER HELMS,  SUCCESSOR  TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
STEVEN TORTI § Case No. 13-30692
DIANE TORTI §
§
Debtors §

SUMMARY OF SUCCESSOR TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,293.88 |
| and approved disbursements of | $ | 264.33 |
| leaving a balance on hand of[1] | $ | 8,029.55 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Expenses: SUCCESSOR TRUSTEE BRENDA HELMS | $ 192.14 | $ 0.00 | $ 192.14 |
| Accountant for Trustee Fees: SCOTT HOREWITCH PIDGEON & ABRAMS | $ 2,174.00 | $ 0.00 | $ 2,174.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 5.92 | $ 5.92 | $ 0.00 |
| Fees: D. GROCHOCINSKI, Prior Trustee | $1,579.39 | $ 0.00 | $ 1,579.39 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 3,945.53 |
| Remaining Balance | $ 4,084.02 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,415.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | ILLINOIS DEPT OF REVENUE | $ 1,415.40 | $ 0.00 | $ 1,415.40 |
| | Total to be paid to priority creditors | | | $ 1,415.40 |
| | Remaining Balance | | | $ 2,668.62 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,409.85 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 6,161.70 | $ 0.00 | $ 768.02 |
| 2 | QUANTUM3 GROUP LLC AS AGENT | $ 1,922.35 | $ 0.00 | $ 239.61 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 482.02 | $ 0.00 | $ 60.08 |
| 4 | PNC BANK | $ 9,016.36 | $ 0.00 | $ 1,123.84 |
| 5 | DELL FINANCIAL SERVICES LLC | $ 2,036.52 | $ 0.00 | $ 253.84 |
| 6 | CAPITAL ONE | $ 611.41 | $ 0.00 | $ 76.21 |
| 7 | CAPITAL ONE N. A. | $ 1,032.89 | $ 0.00 | $ 128.74 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8B | ILLINOIS DEPT OF REVENUE | $ 146.60 | $ 0.00 | $ 18.28 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,668.62 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Brenda Porter Helms
Successor Trustee

*BRENDA PORTER HELMS, SUCCESSOR TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-30692-DRC
Steven W. Torti                                                           Chapter 7
Diane E. Torti
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: arodarte              Page 1 of 2               Date Rcvd: Feb 25, 2016
                              Form ID: pdf006             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2016.
db/jdb         +Steven W. Torti,    Diane E. Torti,    628 S. Berkley Avenue,    Elmhurst, IL 60126-4202
20802281       +Avest Bank,    201 NE A St.,    Bentonville, AR 72712-5346
20802282      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bank Of America,    Po Box 982235,    El Paso, TX 79998)
21195129        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20802283       +Comenity Bank/Buckle,    Po Box 182789,    Columbus, OH 43218-2789
20802284       +Comenity Bank/Samuels,    Po Box 182789,    Columbus, OH 43218-2789
21188636      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court:   Dell Financial Services, LLC,    Resurgent Capital Services,
                  PO Box 10390,   Greenville, SC 29603-0390)
20802287        Geico,   One Geico Plaza,    Bethesda, MD 20810-0001
20802288      ++HYUNDAI MOTOR FINANCE COMPANY,    PO BOX 20809,    FOUNTAIN VALLEY CA 92728-0809
                (address filed with court:   Hyundai Motor Finance,    10550 Talbert Ave,
                  Fountain Valley, CA 92708)
20802289       +James M. O'Dea,    10707 W. 159th St.,    Orland Park, IL 60467-4531
20802291       +Mbb,    1460 Renaissance Dr,    Park Ridge, IL 60068-1331
21181109     +++PNC BANK,   PNC Bank National Association,    PO BOX 94982,    CLEVELAND, OH 44101-4982
20802293       +Pnc Bank, N.A.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
20802294        Rachelle Yates,    RR 5 BOX 6340,    Stilwell, OK 74960-9085
20802295       +Requita Brandy,    15W307 Lexington St.,    Elmhurst, IL 60126-5354
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21152856        E-mail/Text: mrdiscen@discover.com Feb 26 2016 01:49:49      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
20802285       +E-mail/Text: mrdiscen@discover.com Feb 26 2016 01:49:49      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
20802286       +E-mail/PDF: gecsedi@recoverycorp.com Feb 26 2016 01:46:41      Gecrb/Hanks Fine Furn,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
20802288        E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Feb 26 2016 01:53:33
                 Hyundai Motor Finance,    10550 Talbert Ave,    Fountain Valley, CA 92708
21480257        E-mail/Text: rev.bankruptcy@illinois.gov Feb 26 2016 01:51:09
                 Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                 Chicago, IL 60664-0338
20802290       +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 26 2016 01:50:05      Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
20802292       +E-mail/Text: egssupportservices@egscorp.com Feb 26 2016 01:51:41      Nco Financial Systems,,
                 600 Holiday Plaza Dr Ste,    Matteson, IL 60443-2238
21156656        E-mail/Text: bnc-quantum@quantum3group.com Feb 26 2016 01:50:53
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21195130*       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20802296*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court:   Webbank/Dfs,    1 Dell Way,    Round Rock, TX 78682)
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1            User: arodarte              Page 2 of 2              Date Rcvd: Feb 25, 2016
                                Form ID: pdf006             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2016 at the address(es) listed below:
              Brenda Porter Helms, ESQ    on behalf of Accountant Alan  Horewitch brenda.helms@albanybank.com,
               bhelms@ecf.epiqsystems.com
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              Brenda Porter Helms, ESQ    on behalf of Trustee David E Grochocinski brenda.helms@albanybank.com,
               bhelms@ecf.epiqsystems.com
              Brenda Porter Helms, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ
               brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              Joseph P Doyle    on behalf of Debtor 1 Steven W. Torti joe@fightbills.com,   courts@fightbills.com
              Joseph P Doyle    on behalf of Debtor 2 Diane E. Torti joe@fightbills.com,   courts@fightbills.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 7
```