WP KVGF 'UVCVGU 'DCP MTWRVE[ 'EQWT V
P QT VJ GT P 'F KUVT KEV 'QH 'KNNKP QKU
GCUVGT P 'F KXKUKQP

Kp'tg<                             È
                                   È
UVGXGP 'VQT VK                     È        Ecug'P q0'13-30692
F KCP G 'VQT VK                    È
                                   È
          F gdvqtu                 È

UWEEGUUQT 'EJ CRVGT '9 'VT WUVGG(U 'HKP CN 'CEEQWP V 'CP F 'F KUVT KDWVKQP
T GRQT V 'EGT VKHKECVKQP 'VJ CV 'VJ G 'GUVCVG 'J CU 'DGGP 'HWNN[
CF O KP KUVGT GF 'CP F 'CRRNKECVKQP 'VQ 'DG 'F KUEJ CT I GF '*VFT +

DT GP F C'RQT VGT 'J GNO U.'uweeguuqt'ejcrvgt'9'tvwuvgg.'uwdo kv u'vj ku'Hkpcn'Ceeqwpv.
Egtvkhkecvkqp'vj cv'vj g'Guvcvg'j cu'dggp'Hwn{'Cf o kpkuvgtgf 'cpf 'Crr nkecvkqp'vq'dg'F kuej cti gf 0

3+'Cnl'hwpfu'qp'jcpf'jcxg'dggp'fkuvtkdwvgf'kp'ceeqtfcpeg'ykvj'vjg'Vtwuvgg(u'Hkpcn'Tgrqtv
cpf.'kh'crrnkecdng.'cp{'qtfgt'qh'vjg'Eqwtv'oqfkh{kpi'vjg'Hkpcn'Tgrqtv0'Vjg'ecug'ku'hwn{
cfokpkuvgtgf'cpf'cn'cuugvu'cpf'hwpfu'yjkej'jcxg'eqog'wpfgt'vjg'vtwuvgg(u'eqpvtqn'kp'vjku'ecug
jcxg'dggp'rtqrgtn{'ceeqwpvgf'hqt'cu'rtqxkfgf'd{'ncy0'Vjg'vtwuvgg'jgtgd{'tgswguvu'vq'dg
fkuejctigf'htqo'hwtvjgt'fwvkgu'cu'c'vtwuvgg0

4+'C'uwoocт{'qh'cuugvu'cdcpfqpgf.'cuugvu'gzgorv.'vqvcn'fkuvtkdwvkqpu'vq'enckocpvu.'encko u
fkuejctigf'ykvjqwv'rc{ogpv.'cpf'gzrgpugu'qh'cfokpkuvtcvkqp'ku'rtqxkfgf'dgnqy<

| | |
|---|---|
| Cuugvu'Cdcpfqpgf<'7,8;;022<br>*Ykjqwv'fgfwevkpi'cp{'ugewtgf'encko u+ | Cuugvu'Gzgo rv<'57,8;;022 |
| Vqvcn'F kuvtkdwvkqpu'vq'Encko cpvu<'6,287024 | Encko u'F kuej cti gf<br>Ykjqwv'Rc{o gpv<'93,497045 |
| Vqvcn'Gzr gpugu'qh'Cfo kpkuvtcvkqp<'6,42;08 | |

5+'Vqvcn'i tquu'tgegkrvu'qh'&:,4;508'*ugg'Gzj kdkv'3+.'o kpwu'hwpfu'rckf'vq'vjg'fgdvqt'cpf
vjktf'rctvkgu'qh'&022'*ugg'Gzjkdkv'4+.'{kgnfgf'pgv'tgegkrvu'qh'&:,4;508'htqo'vjg'rtqrgtv{'qh
vjg'rtqrgtv{'qh'vjg'guvcvg.'yjkej'ycu'fkuvtkdwvgf'cu'hqnqyu<

|  | ENCKO U<br>UEJ GF WNGF | ENCKO U<br>CUUGTVGF | ENCKO U<br>CNNQY GF | ENCKO U<br>RCKF |
|---|---|---|---|---|
| UGEWTGF "ENCKO U<br>*htqo "Gzjkdkv'5+ | &47.637022 | &2022 | &2022 | &2022 |
| RTKQTKV[ "ENCKO U<<br>EJCRVGT "9"CFOKP0HGGU<br>CPF "EJCTIGU<br>*htqo "Gzjkdkv'6+ | PC | 6.42;08 | 6.42;08 | 6.42;08 |
| RTKQT "EJCRVGT<br>CFOKP0HGGU'CPF<br>EJCTIGU"*htqo "Gzjkdkv'7+ | PC | PC | PC | PC |
| RTKQTKV["WPUGEWTGF<br>ENCKO U"*htqo "Gzjkdkv'8+ | PC | 3.637062 | 3.637062 | 3.637062 |
| IGPGTCN"WPUGEWTGF<br>ENCKO U"*htqo "Gzjkdkv'9+ | 6:.432022 | 43.62;07 | 43.62;07 | 4.88:084 |
| VQVCN'FKUDWTUGOGPVU | &95.847022 | &49.257083 | &49.257083 | &:.4;50: |

"
6+"Vjku'ecug'y cu'qtkiknclm{'hkngf 'wpf gt"ejcrvgt 9 "qp" 29/53/4235 0"Vjg'ecug'y cu'rgpfkpi
hqt 56 "o qpyju0
"
7+"Cnn'guvcvg'dcpm'uvcvgo gpvu. "f grquku/unkru. "cpf ecpegngf "ejgemu'jcxg'dggp"uwdo kvgf "vq
yjg "Wpkvgf "Uvcvgu"Vtwuvgg0
"
8+"Cp"kpfkxkfwcn'guvcvg'rtqrgtv{ "tgeqtf "cpf "tgrqtv'ujqykpi "yjg "hkpcn'ceeqwpvkpi "qh"yjg
cuugvu"qh"yjg"guvcvg"ku"cwcejgf "cu"Gzjkdkv'8 0"Vjg"ecuj "tgegkrvu"cpf "fkudwtugo gpvu"tgeqtfu"hqt"gcej
guvcvg"dcpm"ceeqwpv."ujqykpi "yjg "hkpcn'ceeqwpvkpi "qh"yjg "tgegkrvu"cpf "fkudwtugo gpvu"qh"guvcvg
hwpfu"ku"cwcejgf "cu"Gzjkdkv';0
"
Rwtuwcpv'vq"Hgf"T"Dcpmt"R"722;."Kjgtgd{"egtvkh{."wpfgt"rgpcnv{"qh"rgtlwt{."yjcv'yjg
hqtgiqkpi "tgrqtv'ku'vtwg"cpf "eqttgev0
"
Fcvgf < 27/26/4238                D{ <sulDTGPFC"RQTVGT"JGNO U."UWEEGUUQT"VTWUVGG
                                        Vtwuvgg

UVCVGO GPV<"Vjku'Wpkhqto "Hqto "ku'cuuqekcvgf "y kj "cp'qr gp'dcpmtwrve{ "ecug. "yjgtghqtg. "Rcr gty qtm'Tgf wevkqp'Cev
gzgo rvkqp'7'E0H0T0'È'354206*c+*4+'crrnkgu0

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Contingent Stock not yet vested with Walmart - | 1129-000 | 8,293.88 |
| **TOTAL GROSS RECEIPTS** | | **$ 8,293.88** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hyundai Motor Finance 10550 Talbert Ave Fountain Valley, CA 92708 | | 25,415.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 25,415.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID E. GROCHOCINSKI | 2100-000 | NA | 1,579.39 | 1,579.39 | 1,579.39 |
| SUCCESSOR TRUSTEE BRENDA HELMS | 2200-000 | NA | 192.14 | 192.14 | 192.14 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 5.92 | 5.92 | 5.92 |
| ASSOCIATED BANK | 2600-000 | NA | 33.41 | 33.41 | 33.41 |
| Illinois Dept of Revenue | 2820-000 | NA | 225.00 | 225.00 | 225.00 |
| SCOTT HOREWITCH PIDGEON & ABRAMS | 3410-000 | NA | 2,174.00 | 2,174.00 | 2,174.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,209.86 | $ 4,209.86 | $ 4,209.86 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | ILLINOIS DEPT OF REVENUE | 5800-000 | NA | 1,415.40 | 1,415.40 | 1,415.40 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 1,415.40 | $ 1,415.40 | $ 1,415.40 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Avest Bank 201 NE A St. Bentonville, AR 72712 | | 183.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 10,881.00 | NA | NA | 0.00 |
| | Gecrb/Hanks Fine Furn 950 Forrer Blvd Kettering, OH 45420 | | 3,966.00 | NA | NA | 0.00 |
| | Geico One Geico Plaza Bethesda, MD 20810-0001 | | 10,678.00 | NA | NA | 0.00 |
| | James M. O'Dea 10707 W. 159th St. Orland Park, IL 60467 | | 0.00 | NA | NA | 0.00 |
| | Mbb 1460 Renaissance Dr Park Ridge, IL 60068 | | 629.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nco Financial Systems, 600 Holiday Plaza Dr Ste Matteson, IL 60443 | | 286.00 | NA | NA | 0.00 |
| | Rachelle Yates RR 5 BOX 6340 Stilwell, OK 74960-9085 | | 500.00 | NA | NA | 0.00 |
| | Requita Brandy 15W307 Lexington St. Elmhurst, IL 60126 | | 0.00 | NA | NA | 0.00 |
| 6 | CAPITAL ONE | 7100-000 | 611.00 | 611.41 | 611.41 | 76.21 |
| 7 | CAPITAL ONE N. A. | 7100-000 | 1,032.00 | 1,032.89 | 1,032.89 | 128.74 |
| 5 | DELL FINANCIAL SERVICES LLC | 7100-000 | 1,965.00 | 2,036.52 | 2,036.52 | 253.84 |
| 1 | DISCOVER BANK | 7100-000 | 6,050.00 | 6,161.70 | 6,161.70 | 768.02 |
| 8B | ILLINOIS DEPT OF REVENUE | 7100-000 | NA | 146.60 | 146.60 | 18.28 |
| 4 | PNC BANK | 7100-000 | 9,016.00 | 9,016.36 | 9,016.36 | 1,123.84 |
| 2 | QUANTUM3 GROUP LLC AS AGENT | 7100-000 | 1,931.00 | 1,922.35 | 1,922.35 | 239.61 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 482.00 | 482.02 | 482.02 | 60.08 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 48,210.00 | $ 21,409.85 | $ 21,409.85 | $ 2,668.62 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-30692 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, .SUCC. TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | STEVEN TORTI | | | | Date Filed (f) or Converted (c): | 07/31/2013 (f) |
| | DIANE TORTI | | | | 341(a) Meeting Date: | 08/27/2013 |
| For Period Ending: | 05/05/2016 | | | | Claims Bar Date: | 01/23/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on Hand | 10.00 | 0.00 | | 0.00 | FA |
| 2. Checking account with Chase Bank | 150.00 | 0.00 | | 0.00 | FA |
| 3. Savings account with Chase Bank | 80.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous used household goods and furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 5. Books, Pictures, and CD's | 95.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel | 800.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous Costume Jewelry | 110.00 | 0.00 | | 0.00 | FA |
| 8. Term Life Insurance policy through employer - (No cash surrender value) | 0.00 | 0.00 | | 0.00 | FA |
| 9. Term Life Insurance policy through North American - (No cash surrender value) | 0.00 | 0.00 | | 0.00 | FA |
| 10. 401(k) / Retirement plan through employer - 100% exempt. | 22,000.00 | 22,000.00 | | 0.00 | FA |
| 11. 401(k) / Retirement plan through employer - 100% exempt. | 288.00 | 288.00 | | 0.00 | FA |
| 12. Contingent Stock not yet vested with Walmart - Debtor has $53,000.00 in restricted stock. $10,000.00 will become vested in 03/2014 and another $10,000.00 will become vested in 03/2015. Based upon debtor's employment with the company on the date of maturity and value of stock at that time. Settled pursuant to court order 2/20/15 for $8,293.88. | 0.00 | 0.00 | | 8,293.88 | FA |
| 13. Estimated 2012 tax refund of $900.00 has not been received before filing and spent on ordinary and necessary living expenses. | 900.00 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-30692 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, .SUCC. TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | STEVEN TORTI | | | | Date Filed (f) or Converted (c): | 07/31/2013 (f) |
| | DIANE TORTI | | | | 341(a) Meeting Date: | 08/27/2013 |
| For Period Ending: | 05/05/2016 | | | | Claims Bar Date: | 01/23/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Co-Debtor's father recently passed and he has a life insurance policy valued between $3,750.00 to $15,000.00 & about $4,000.00 to $7,000.00 in his checking account (depends on the reimbursement from the nursing home care since he was paid up thru the end of the month and 1 pro rated disbaility check. This money will be used for burial expenses after which the reaminder will be divided among the Co-debtor and her 2 siblings. | 0.00 | 0.00 | | 0.00 | FA |
| 15. Automobile - 2011 Hyundia Sonata with 50,000 in mileage - Debtor is Surrendering Interest - Full Coverage Auto Insurance | 11,383.00 | 0.00 | | 0.00 | FA |
| 16. Automobile - 2002 Land Rover Discovery with 165,000 in mileage - Paid In Full - Full Coverage Auto Insurance | 975.00 | 0.00 | | 0.00 | FA |
| 17. Motorcycle - 1982 Yamaha Seca with 10,500 in mileage - Paid In Full - Full Coverage Auto Insurance | 400.00 | 0.00 | | 0.00 | FA |
| 18. Automobile - 2000 Jeep Grand Cherokee with 158,000 in mileage - Paid In Full - Full Coverage Auto Insurance | 1,086.00 | 0.00 | | 0.00 | FA |
| 19. Animals - 1 - Horse - 13 years old | 3,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $41,777.00    $22,288.00    $8,293.88    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Investigation into value of WalMart Stock continues, with Motion regarding stock pending.
Motion to Employ Accountant set for 2/14/14
Investigation into value of WalMart Stock continues.  Letter has been issued to Walmart regarding procedures for obtaining stock etc.
Successor Trustee appointed 4/16/14

Stock options have vested.  Debtor to liquate stock and remit proceeds to estate

Final tax return extended to 10/15/15


Initial Projected Date of Final Report (TFR): 06/01/2015          Current Projected Date of Final Report (TFR): 12/30/2015

Exhibit 8

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-30692 | | Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
| Case Name: | STEVEN TORTI | | Bank Name: | Associated Bank |
| | DIANE TORTI | | Account Number/CD#: | XXXXXX3706 |
| | | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX5875 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/05/2016 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/23/15 | 12 | TORTI, STEVEN W.<br>628 S. Berkley AveElmhurst IL 60126 | stock option proceeds<br>Turned over to Estate per settlement and order dated 2/20/15 | 1129-000 | $8,293.88 | | $8,293.88 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $8,283.88 |
| 02/19/15 | 10001 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $5.92 | $8,277.96 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $11.12 | $8,266.84 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $12.29 | $8,254.55 |
| 09/11/15 | 10002 | Illinois Dept of Revenue<br>P.O. Box 19053<br>Springfield IL 62794 | EIN 47-6755875 for year ended 12/31/14  Form 1041 | 2820-000 | | $0.00 | $8,254.55 |
| 09/11/15 | 10002 | Illinois Dept of Revenue<br>P.O. Box 19053<br>Springfield IL 62794 | EIN 47-6755875 for year ended 12/31/14  Form 1041 Reversal<br>No dollar amount entered | 2820-000 | | $0.00 | $8,254.55 |
| 09/11/15 | 10003 | Illinois Dept of Revenue<br>P.O. Box 19053<br>Springfield IL 62794 | EIN 47-6755875  Form IL-1041 for year ended 12/31/14 | 2820-000 | | $225.00 | $8,029.55 |
| 03/14/16 | 10004 | DAVID E. GROCHOCINSKI<br>1900 Ravinia Place<br>Orland Park, IL  60462 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,579.39 | $6,450.16 |
| 03/14/16 | 10005 | SUCCESSOR TRUSTEE BRENDA HELMS<br>Brenda Porter Helms<br>Successor Trustee | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $192.14 | $6,258.02 |
| 03/14/16 | 10006 | SCOTT HOREWITCH PIDGEON & ABRAMS<br>2150 E. LAKE COOK ROAD<br>SUITE 560<br>BUFFALO GROVE, IL  60089-1877 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $2,174.00 | $4,084.02 |
| 03/14/16 | 10007 | ILLINOIS DEPT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL  60664 | Final distribution to claim 8 representing a payment of 100.00 % per court order. | 5800-000 | | $1,415.40 | $2,668.62 |
| | | | Page Subtotals: | | $8,293.88 | $5,625.26 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-30692 | | | Trustee Name: | BRENDA PORTER HELMS, SUCC. TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | STEVEN TORTI | | | Bank Name: | Associated Bank |
| | DIANE TORTI | | | Account Number/CD#: | XXXXXX3706 |
| | | | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX5875 | | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/05/2016 | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/14/16 | 10008 | DISCOVER BANK<br>DB Servicing Corp<br>P.O. Box 3025<br>New Albany, OH  43054 | Final distribution to claim 1 representing a payment of 12.46 % per court order. | 7100-000 | | $768.02 | $1,900.60 |
| 03/14/16 | 10009 | QUANTUM3 GROUP LLC AS AGENT<br>for Comenity Bank<br>p.O. Box 788<br>Kirkland, WA  98083 | Final distribution to claim 2 representing a payment of 12.46 % per court order. | 7100-000 | | $239.61 | $1,660.99 |
| 03/14/16 | 10010 | QUANTUM3 GROUP LLC AS AGENT FOR<br>Comenity Bank<br>P.O. Box 788<br>Kirkland, WA  98093 | Final distribution to claim 3 representing a payment of 12.46 % per court order. | 7100-000 | | $60.08 | $1,600.91 |
| 03/14/16 | 10011 | PNC BANK<br>P.o. Box 94982<br>Cleveland, OH  44101 | Final distribution to claim 4 representing a payment of 12.46 % per court order. | 7100-000 | | $1,123.84 | $477.07 |
| 03/14/16 | 10012 | DELL FINANCIAL SERVICES LLC<br>Resurgent Capital Services<br>P.O> Box 10390<br>Greenville, SC  29603 | Final distribution to claim 5 representing a payment of 12.46 % per court order. | 7100-000 | | $253.84 | $223.23 |
| 03/14/16 | 10013 | CAPITAL ONE<br>c/o Becket ansd Lee<br>P.O. Box 3001<br>Malvern, PA  19355 | Final distribution to claim 6 representing a payment of 12.46 % per court order. | 7100-000 | | $76.21 | $147.02 |
| 03/14/16 | 10014 | CAPITAL ONE N. A.<br>c/o Becket and Lee<br>P.O.Biox 3001<br>Malvern, PA  19355 | Final distribution to claim 7 representing a payment of 12.46 % per court order. | 7100-000 | | $128.74 | $18.28 |
| 03/14/16 | 10015 | ILLINOIS DEPT OF REVENUE<br>Illinois Dept of Revenue | Final distribution to claim 8 representing a payment of 12.46 % per court order. | 7100-000 | | $18.28 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $8,293.88 | $8,293.88 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $8,293.88 | $8,293.88 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $2,668.62 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

$8,293.88   $8,293.88

Exhibit 9

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3706 - Checking Account (Non-Interest Earn | $8,293.88 | $8,293.88 | $0.00 |
|  | $8,293.88 | $8,293.88 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $8,293.88 |
| Total Gross Receipts: | $8,293.88 |

Page Subtotals:    $0.00    $0.00